IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JANET LEE OSBORNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANET LEE OSBORNE, | ) Case No.: CV 13-01150 RZ |
| Plaintiff, | ) [~~PROPOSED~~]  ORDER |
| vs. | ) AWARDING EAJA FEES |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY , | ) |
| | ) HON. RALPH ZAREFSKY |
| | ) UNITED STATES MAGISTRATE |
| Defendant. | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded to Plaintiff  in the amount of  FOUR THOUSAND FOUR HUNDRED AND THIRTY DOLLARS ($4,430.00) as authorized by 28 U.S.C. § 2412(d)~~, and subject to the terms and conditions of the Stipulation~~.

DATED: December 17, 2013

\_\_\_\_                                              \_\_\_\_
HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE
JUDGE